UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR CURRY,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>FPC LOMPOC MED DIRECTOR, et al.,<br><br>　　　　　　　Defendants. | Case No. CV 16-7523 AB (SS)<br><br>**ORDER ACCEPTING FINDINGS,**<br><br>**CONCLUSIONS AND RECOMMENDATIONS**<br><br>**OF UNITED STATES MAGISTRATE**<br><br>**JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all the records and files herein and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\

\\

\\

1  \\
2  **IT IS ORDERED** that Judgment shall be entered dismissing this
3  action with prejudice.
4
5  **IT IS FURTHER ORDERED** that the Clerk serve copies of this
6  Order and the Judgment herein on Plaintiff at his current address
7  of record.
8
9  **LET JUDGMENT BE ENTERED ACCORDINGLY.**
10
11 DATED: September 20, 2017
12
13 _____
   ANDRÉ BIROTTE JR.
14 UNITED STATES DISTRICT JUDGE