# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR CURRY, <br><br> Plaintiff, <br><br> v. <br><br> FPC LOMPOC MED DIRECTOR, et al., <br><br> Defendants. | Case No. CV 16-7523 AB (SS) <br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: September 20, 2017

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE